UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
FEB 0 1 2010

United States of America,

    Plaintiff,

vs.

Amber E. Stone,

    Defendant.

CR08-40013-001

ORDER FOR RETURN
OF CASH BAIL

It appearing to the Court that on the 9th day of February 2009 a $50.00 cash bail was transferred from the Eastern District of Washington to the District of South Dakota and there was deposited into the registry of this Court the sum of $50.00 as cash bail for the appearance of the above-named defendant;

And it further appearing that on the 13th day of January 2009 the above-named defendant was sentenced in this court and this case being completed;

IT IS HEREBY ORDERED that the Motion for Return of Cash Bail by Quintin Chouinard is granted and the Clerk shall issue a check on the registry of the court in the sum of $50.00 to Quintin Chouinard at 1609 Queen Ave., Yakima, WA 98902.

Dated this 1st day of February, 2010.

BY THE COURT:

_____
John E. Simko
US Magistrate Judge